IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-01673-KAS

SUSAN BACHAR, as personal representative of the Estate of Steven Bachar,
EMILY BACHAR, and
SARAH BACHAR,

      Plaintiffs,

v.

JERRY WILLIFORD,
SILMARA DOS SANTOS, and
ERIN HANNESSON RUARK,

      Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

This matter is before the Court on Plaintiffs' **Stipulation to Dismiss Jerry Williford with Prejudice** [#38], which appears to be a self-effectuating notice of dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii). However, it is not signed by counsel for Defendant Williford. *See* FED. R. CIV. P. 41(a)(1)(A)(ii). Further, at the end of the stipulation, Plaintiffs "respectfully request that this Court issue an Order granting the dismissal of Defendant Williford, with prejudice." *Stipulation* [#38]. Therefore, to the extent that it is necessary,

IT IS HEREBY **ORDERED** that Plaintiffs' claims against Defendant Williford are dismissed with prejudice, each party to bear its own costs and fees.

IT IS FURTHER **ORDERED** that the Clerk of Court shall terminate Defendant Williford from this case.

Dated: May 1, 2026